COMMERCIAL CREDIT CORPORATION, Respondent, v. RIVERSIDE WHIPPET,

INCORPORATED, and Another, Defendants, and CLARENCE I. LANICH and Others, Appellants.— Order affirmed, with costs. The jury's verdict is based on fraud. We agree with the trial justice in finding that the verdict on this question was at least against the weight of the evidence. All concur.